**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq. (NSB# 7171)
Shane P. Gale, Esq. (NSB# 12967)
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone:   (702) 685-0329
Facsimile:   (866) 339-5691
*Attorneys for Defendant,*
*United Wholesale Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED WHOLESALE MORTGAGE, LLC; and TRANSUNION, LLC,<br><br>    Defendants. | Case No. 2:24-cv-00954<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT OF CAROL HART**<br><br>**(FIRST REQUEST)** |

Now come Defendant, United Wholesale Mortgage, LLC ("UWM"), by and through its counsel of record, Shane P. Gale, Esq., and Kristin Schuler-Hintz, Esq. of the law firm of McCarthy & Holthus, LLP, and Carol Hart ("Hart"), by and through its counsel of record, Gustavo Ponce, Esq. and Mona Amini, Esq., of the law firm of Kazerouni Law Group, APC, who file this Stipulation and Order extending the deadline for UWC's Answer to Hart's Complaint.

1. On May 21, 2024, Hart commenced this action by filing a Summons and Complaint.

2. UWM was served, via its commercial registered agent on May 24, 2024.

3. UWM and Hart have agreed that the deadline for UWM's Answer to the Complaint is extended to July 15, 2024.

//

4. This is the first extension and request for an extension by either Party.

5. This request is made in good faith, is reasonably necessary is not requested merely for delay.

**IT IS SO STIPULATED.**

DATED: June 12, 2024                                    DATED: June 12, 2024

**KAZEROUNI LAW GROUP, APC**                            **McCARTHY & HOLTHUS, LLP**

*/s/ Gustavo Ponce*                                     */s/ Shane P. Gale*
Gustavo Ponce, Esq.                                     Kristin A. Schuler-Hintz, Esq.
Nevada Bar No. 15084                                    Nevada Bar No. 7171
Mona Amini, Esq.                                        Shane P. Gale, Esq.
Nevada Bar No. 15381                                    Nevada Bar No. 12967
6787 W Tropicana Ave., Ste. 250                         9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89103                                     Las Vegas, Nevada 89117
*Attorneys for Plaintiff*                               *Attorneys for United Wholesale Mortgage, LLC*

**[ORDER ON NEXT PAGE]**

**ORDER**

IT IS HEREBY ORDERED that based on the forgoing stipulation of the Parties, that the deadline for United Wholesale Mortgage, LLC's Answer to Complaint is extended to July 15, 2024.

.

Dated: June 13, 2024

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 110
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5961

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 110
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5864