Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemill.com
SKANE MILLS LLP
1130 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535
(702) 363-2534 Fax
*Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL HART,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC; and TRANS UNION, LLC;<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00954-JCM-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Carol Hart ("Plaintiff") and Defendant Trans Union, LLC, ("Trans Union"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, Trans Union, in this action without prejudice, with each party to bear their owns costs and attorneys' fees.

1

Dated: January 22, 2025

Respectfully submitted,

                                **Kazerouni Law Group, APC**
                                By: */s/ Gustavo Ponce*
                                Gustavo Ponce, Esq.
                                6940 S. Cimarron Rd., Suite 210
                                Las Vegas, NV 89113
                                *Attorneys for Plaintiff*

                                **Skane Mills LLP**
                                By: /s/ Sarai Thornton
                                Sarai L. Thornton, Esq.
                                1120 Town Center Drive, Suite 200
                                Las Vegas, Nevada 89144
                                *Attorneys for Defendant Trans Union*

                                **IT IS SO ORDERED.**

                                _____
                                UNITED STATE DISTRICT JUDGE

Dated this 24th day of January 2025.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2025, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANS UNION, LLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
KAZEROUNI LAW GROUP, APC
6787 W. Tropicana Ave., Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
mona@kazlg.com

Attorneys for Plaintiff, Carol Hart

>                            */s/* Pouneh Porooshani
>                            Pouneh Porooshani