Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Carol Hart*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CAROL HART,**<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>**UNITED WHOLESALE MORTGAGE, LLC; TRANS UNION, LLC,**<br><br>　　　　　　　　Defendants. | Case No.: 2:24-cv-00954-JCM-BNW<br><br>**STIPULATION OF DISMISSAL OF UNITED WHOLESALE MORTGAGE, LLC** |

///

///

///

- 1 -
STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carol Hart ("Plaintiff") and Defendant United Wholesale Mortgage, LLC ("Defendant UWM") (together the "Parties") stipulate to dismiss with prejudice Plaintiff's claims against Defendant UWM. Each party will bear its own costs, disbursements, and attorney fees. Since Defendant Trans Union, LLC was previously dismissed, the Parties respectfully request this action to be dismissed in its entirety.

DATED this 19th day of March 2025.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**MCCARTHY & HOLTHUS, LLP**

By: */s/ Kristin Schuler-Hintz*
Kristin A. Schuler-Hintz, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
*Attorneys for Defendant*
*United Wholesale Mortgage, LLC*

IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 19, 2025, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*